No. 22-1123

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

JUUL LABS, INC.,
*Petitioner*,

v.

U.S. FOOD AND DRUG ADMINISTRATION,
*Respondents*.

———————

On Petition for Review of an Order of the U.S. Food and Drug Administration

———————

**JOINT MOTION FOR VOLUNTARY DISMISSAL
OF PETITION FOR REVIEW**

———————

June 20, 2024

In light of intervening administrative relief, Petitioner Juul Labs, Inc. ("JLI") and Respondent, the U.S. Food and Drug Administration ("FDA"), jointly move pursuant to Federal Rule of Appellate Procedure 42(b) to dismiss the petition for review. In this action, JLI petitioned for review of FDA's June 23, 2022 order denying marketing authorization for all products covered by JLI's July 2020 premarket tobacco product application. The next day, this Court issued an administrative stay and set a briefing schedule for JLI's request for a stay pending review. JLI filed its emergency motion for a stay pending review on June 27, 2022. JLI also informed FDA that it would be submitting a request for supervisory review of the marketing denial order under 21 C.F.R. § 10.75.

On July 5, 2022, FDA entered an administrative stay of the marketing denial order and published on its website that the marketing denial order was stayed. The parties jointly requested that this petition for review be held in abeyance pending completion of FDA's supervisory review of the marketing denial order and JLI's premarket tobacco product applications. JLI also withdrew without prejudice its emergency motion for a stay pending review. This Court granted the joint motion to hold in abeyance and to withdraw the emergency motion for stay. FDA's administrative stay remained in place during FDA's consideration of JLI's § 10.75 submission and completion of FDA's supervisory review process.

On June 6, 2024, FDA issued a "Recission of Denial" letter to JLI, attached as Exhibit A. The letter "rescinds the June 23, 2022, Marketing Denial Orders" for which JLI has petitioned for review. Ex. A at 1. FDA's letter further states that, by virtue of FDA's recission, the products subject to the marketing denial order have been "placed back into scientific review." *Id.*

FDA's recission of the challenged order renders moot JLI's petition for review. JLI and FDA thus jointly move to dismiss the petition for review with each side bearing its own costs.

Respectfully submitted,

| | |
|---|---|
| s/Lindsey Powell | s/Jason M. Wilcox |
| ALISA B. KLEIN | JOHN C. O'QUINN |
| LINDSEY POWELL | JASON M. WILCOX |
| U.S. DEPARTMENT OF JUSTICE, |    *Counsel of Record* |
| Civil Division, Appellate Staff | DEVIN S. ANDERSON |
| 950 Pennsylvania Ave, NW | KIRKLAND & ELLIS LLP |
| Washington, DC 20530 | 1301 Pennsylvania Avenue, NW |
| (202) 616-5372 | Washington, DC 20004 |
| lindsey.e.powell@usdoj.gov | (202) 389-5000 |
| | jason.wilcox@kirkland.com |
| *Counsel for Respondent* | |
| *U.S. Food and Drug Administration* | *Counsel for Petitioner Juul Labs, Inc.* |

June 20, 2024

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

## A. Parties and Amici

Petitioner is Juul Labs, Inc. (JLI), and respondent is the U.S. Food and Drug Administration (FDA). Amici curiae National Association of Convenience Stores, 38 national and state electronic nicotine delivery system product advocacy associations, David B. Abrams, Scott D. Ballin, Clive D. Bates, Martin J. Jarvis, and David T. Sweanor have appeared in this Court.

## B. Ruling Under Review

JLI has petitioned for review of FDA's June 23, 2022 order denying its premarket tobacco product applications (PMTAs). On July 5, 2022, FDA entered an administrative stay of that order pending its review of the order pursuant to 21 C.F.R. § 10.75. FDA rescinded the order on June 6, 2024.

## C. Related Cases

The June 23, 2022 order denying Juul Labs' applications has been previously before this Court on JLI's Emergency Motion for Administrative Stay and JLI's Emergency Motion for Stay Pending Review, but it has not otherwise been before this Court, or any other court. Counsel is also not aware of any other related cases currently pending in any other court involving substantially the same parties and the same or similar issues.

June 20, 2024

                                        <u>s/Jason M. Wilcox</u>
                                        JASON M. WILCOX
                                        KIRKLAND & ELLIS LLP
                                        1301 Pennsylvania Avenue, NW
                                        Washington, DC 20004
                                        (202) 389-5000
                                        jason.wilcox@kirkland.com

*Counsel for Petitioner Juul Labs, Inc.*

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because it contains 327 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.


June 20, 2024

                                                        <u>s/Jason M. Wilcox</u>
                                                        Jason M. Wilcox

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

                                                  s/Jason M. Wilcox
                                                  Jason M. Wilcox