UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JUUL LABS, INC., | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 22-1123 |
| U.S. FOOD AND DRUG ADMINISTRATION, | ) ) |
| Respondent. | ) ) ) ) ) |

**PUBLIC PETITION FOR REVIEW**

Juul Labs, Inc. ("JLI") hereby petitions this Court, under 5 U.S.C. § 706, 21 U.S.C. § 387*l*(a), and Federal Rule of Civil Procedure 15, for review of the U.S. Food and Drug Administration's June 23, 2022 Marketing Denial Order. The Marketing Denial Order denies JLI's premarket tobacco product applications for its electronic nicotine delivery system products. A copy of the Marketing Denial Order is attached as Exhibit A.

This Court has jurisdiction and is a proper venue for this action under 21 U.S.C. § 387*l*(a), which expressly authorizes a person adversely affected by a denial of a premarket tobacco product application to file a petition for judicial review either with this Court or with the court of appeals for the circuit in which such person resides or has their principal place of business, which, for JLI, is also this Court.

1

                                                                             Respectfully submitted,

                                                                             s/*John C. O'Quinn*
                                                                             JOHN C. O'QUINN
                                                                              *Counsel of Record*
                                                                             JASON M. WILCOX
                                                                             DEVIN S. ANDERSON
                                                                             KIRKLAND & ELLIS LLP
                                                                             1301 Pennsylvania Avenue, NW
                                                                             Washington, DC 20004
                                                                             (202) 389-5000
                                                                             john.oquinn@kirkland.com

                            *Counsel for Petitioner Juul Labs, Inc.*

June 23, 2022

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and Circuit Rule 26.1, Juul Labs, Inc. (a private, nongovernmental party) certifies that it does not have a parent corporation.  Atria Group, Inc. owns a minority share of Juul Labs, Inc., and no other publicly held corporation owns 10 percent or more of the stock of Juul Labs, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I also caused the foregoing to be served by electronic mail and first class mail upon:

Robert Califf, Commissioner
United States Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002
robert.califf@fda.hhs.gov

Mark Raza, Chief Counsel
Office of the Chief Counsel
United States Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002
mark.raza@fda.hhs.gov

Daniel J. Barry, Acting General Counsel
United States Department of Health and Human Services
200 Independence Ave., SW, Room 713-F
Washington, DC 20201-0004
daniel.barry@hhs.gov

Xavier Becerra, Secretary
United States Department of Health and Human Services
200 Independence Ave., SW
Washington, D.C. 20201-0004
xavier.becerra@hhs.gov

s/*John C. O'Quinn*
John C. O'Quinn

# Exhibit A

**[Confidential Document Filed Under Seal]**