IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-1123

JUUL LABS, INC.,

*Petitioner*,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION,

*Respondent*.

On Petition for Review of a Final Marketing Denial Order
by the United States Food and Drug Administration

**CONSENTED MOTION FOR LEAVE TO FILE BRIEF FOR *AMICUS CURIAE* VAPOR TECHNOLOGY ASSOCIATION IN SUPPORT OF PETITIONER'S EMERGENCY MOTION FOR STAY PENDING REVIEW**

Eric N. Heyer
Joseph A. Smith
Jessica Tierney
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C. 20036
Phone: 202.331.8800
Fax: 202.331.8330
Eric.Heyer@ThompsonHine.com
Joe.Smith@ThompsonHine.com
Jessica.Tierney@ThompsonHine.com

*Counsel for Amicus Curiae Vapor Technology Association*

# **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, the undersigned counsel of record certifies that *amicus curiae* Vapor Technology Association is a 501(c)(6) non-profit membership organization representing manufacturers, wholesalers, distributors, retailers, and entrepreneurs who have developed quality vapor products that has no parent corporation and that no publicly held corporation owns 10 percent or more of the stock of Petitioner.

          /s/ Eric N. Heyer

# CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES
# PURSUANT TO CIRCUIT RULE 28

**A.  Parties and *Amici***

All Parties appear in Petitioner's Emergency Motion for Stay Pending Review. Proposed *amici* 38 National and State Electronic Nicotine Delivery System Product Advocacy Associations, the National Association of Convenience Stores, and a group of individual public health academics and professionals have filed motions for leave to file an *amicus curiae* brief in support to Petitioners. *Amicus* Vapor Technology Association is not aware of any other parties or *amici*.

**B.  Ruling Under Review**

Petitioner's Emergency Motion for Stay Pending Review accurately references the ruling under review.

**C.  Related Cases**

An accurate statement regarding related cases appears in Petitioner's Emergency Motion for Stay Pending Review. While *amicus* Vapor Technology Association's brief references herein multiple other cases involving appeals of FDA marketing denial orders for electronic nicotine delivery system products, *amicus* is not aware of additional related cases involving exactly the same issues as presented in this petition.

          /s/ Eric N. Heyer

ii

The Vapor Technology Association (VTA) respectfully moves for leave to file an *amicus* brief in support of Petitioner Juul Labs, Inc.'s (JLI) Emergency Motion for Stay Pending Review. Petitioner and Respondent consent to the filing of the *amicus* brief.

The VTA is a national trade organization representing manufacturers, distributors, and retailers of quality nicotine vapor products. The VTA has consistently advocated for rational regulation to ensure adult access to vapor products while preventing youth access and appeal. The VTA was fully involved in the vapor products industry's efforts to provide input to FDA as it developed its PMTA guidance and process, including regarding the types of evidence and data that ENDS manufacturers would be required to submit to potentially obtain a marketing order. The VTA represents the interests of businesses that, like Petitioner JLI, have submitted Pre-Market Tobacco Applications (PMTAs). It also represents the interests of vapor product wholesalers, distributors, and retailers that distribute and sell Petitioner's products and would be adversely affected if a stay is not granted.

This Court has discretion to accord parties status as an *amicus*. *Rio Grande Pipeline Co. v. FERC*, 178 F.3d 533 (D.C. C.ir. 1999). Given VTA's overlapping roles and interests, VTA is well positioned to aid this Court's understanding of the important issues raised by FDA's marketing denial order and JLI's stay application. The VTA is able to offer valuable perspective on FDA's evolving PMTA

requirements and review processes, as well as on the extensive litigation that ensued following FDA's denials without complete scientific review of a substantial number of PMTAs for ENDS products beginning in August 2021.

Accordingly, VTA respectfully requests that this Court grant VTA leave to file its *amicus* brief in support of Petitioner's Emergency Motion for Stay Pending Review.

        Respectfully submitted,

        THOMPSON HINE LLP

By:      /s/ Eric N. Heyer
        Eric N. Heyer
        Joseph A. Smith
        Jessica Tierney
        1919 M Street, NW, Suite 700
        Washington, DC 20036
        Phone: 202.331.8800
        Fax: 202.331.8330
        Eric.Heyer@ThompsonHine.com
        Joe.Smith@ThompsonHine.com
        Jessica.Tierney@ThompsonHine.com

*Counsel for Amicus Curiae Vapor Technology Association*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing consented motion complies with the type-volume requirement set forth in Federal Rules of Appellate Procedure 32. The word count feature found in Microsoft Word reports that the consented motion 291 words, excluding the items exempted under F.R. App. P. 32(f).

The consented motion complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32 because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14 font.

                                                     /s/ Eric N. Heyer
                                                  Eric N. Heyer

## **CERTIFICATE OF CONFERENCE**

I hereby certify under Fed. R. App. P. 29(a)(2) that I contacted counsel for both the Petitioner and the Respondent on July 1, 2022 by electronic mail seeking consent to file the subject *Amicus Curiae* Brief by July 5, 2022, and that counsel for both Petitioner and Respondent articulated their consent.


    /s/ Eric N. Heyer
Eric N. Heyer

4

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk and served via the Court's ECF / ECM system on the following:

John C. O'Quinn
Jason M. Wilcox
Devin S. Anderson
*Counsel for Petitioner Juul Labs, Inc.*

Alisa B. Klein
Lindsey Powell
*Counsel for Respondent U.S. Food and Drug Administration*

J. Gregory Troutman
*Counsel for Amicus National and State Electronic Nicotine Delivery System Product Advocacy Associations*

Steven P. Lehotsky
Scott A. Keller
Gabriela Gonazalez-Araiza
Kyle D. Hawkins
*Counsel for Amicus National Association of Convenience Stores*

        /s/ Eric N. Heyer
Eric N. Heyer
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
eric.heyer@thompsonhine.com

*Counsel for Amicus Curiae Vapor Technology Association*