**No. 22-1123**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

JUUL LABS, INC.,

Petitioner,

v.

U.S. FOOD & DRUG ADMINISTRATION,

Respondent.

---

On Petition for Review of a Final Marketing Denial Order
of the U.S. Food and Drug Administration

---

## STATUS REPORT

---

*Of Counsel:*

SAMUEL R. BAGENSTOS
  *General Counsel*
  *Dep't of Health and Human Services*

MARK RAZA
  *Chief Counsel*
  *Food and Drug Administration*

WENDY S. VICENTE
  *Deputy Chief Counsel for Lit.*
  *Food and Drug Administration*

JULIE LOVAS
  *Senior Counsel*
  *Office of the Chief Counsel*
  *Food and Drug Administration*

BRIAN M. BOYNTON
  *Principal Deputy Assistant*
  *Attorney General*

ALISA B. KLEIN
LINDSEY POWELL
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7235*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC  20530*
  *(202) 616-5372*

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A. Parties and Amici**. Petitioner is Juul Labs, Inc. Respondent is the U.S. Food and Drug Administration (FDA). The following parties moved to participate as amicus curiae before petitioner's motion for stay was withdrawn:

- American Vapor Manufacturers Association, Inc.
- Consumer Advocates for Smoke-free Alternatives Association
- National Association of Convenience Stores
- United Vapers Alliance
- Vapor Technology Association
- Arizona Smoke Free Business Alliance, Inc.
- Breathe Easy Alliance of Alabama
- Connecticut Chapter of Smoke Free Alternatives Trade Association
- Florida Smoke Free Association, Inc.
- Georgia Smoke Free Association
- Hawaii Chapter of Smoke Free Alternatives Trade Association
- Indiana Smoke Free Alliance, Inc.
- Kentucky Vaping Retailers Association, Inc.
- Iowans for Alternatives to Smoke and Tobacco, Inc.
- Iowa Vape Association

- Louisiana Vaping Association, Inc.
- Maryland Vapor Alliance
- Michigan Vape Shop Owners, Inc.
- Midwest Vape Coalition, Inc.
- Minnesota Smoke Free Alliance
- Missouri Smoke Free, Inc.
- Montana Smoke Free Association, Inc.
- Nebraska Vape Vendors Association, Inc.
- Nevada Vaping Association, Inc.
- New Mexico Smoke Free Alliance, Inc.
- New York State Vapor Association, Inc.
- North Carolina Vaping Council, Inc.
- Ohio Vapor Trade Association, Inc.
- Rocky Mountain Smoke Free Association, Inc.
- Rhode Island Chapter of Smoke Free Alternatives Trade Association
- Smoke Free Alternatives Coalitions of Illinois, Inc.
- South Carolina Vapor Association, Inc.
- Texas Chapter of Smoke Free Alternatives Trade Association
- Tennessee Smoke Free Association, Inc.
- Virginia Smoke Free Association, Inc.
- Washington Smoke Free Association, Inc.
- West Virginia Smoke Free Association, Inc.
- David B. Abrams, Ph.D.
- Scott D. Ballin, J.D.

- Clive D. Bates, N.Sc.
- Marin J. Jarvis, D.Sc.
- David T. Sweanor, J.D.

**B. Rulings Under Review**. Petitioner seeks review of a marketing denial order issued by FDA on June 23, 2022.

**C. Related Cases.** This case has not previously been before this Court or any other court. *Fontem US, LLC v. FDA*, No. 22-1076, which is pending in this Court and was argued on January 25, 2023, also seeks review of an FDA marketing denial order for e-cigarette products but raises distinct questions. Four other petitions for review of FDA marketing denial orders filed in this Court are being held in abeyance—two pending further agency review, *NJOY, LLC v. FDA*, No. 22-1091; *NJOY, LLC v. FDA*, No. 22-1149, and two pending resolution of related petitions in the Fifth Circuit, *R.J. Reynolds Vapor Co v. FDA*, No. 23-1049; *R.J. Reynolds Vapor Co. v. FDA*, No. 23-1099.

/s/ Lindsey Powell<br>
LINDSEY POWELL

Respondent U.S. Food and Drug Administration (FDA) is providing this status report pursuant to the Court's order of July 7, 2022.

As recounted in prior status reports, FDA denied petitioner Juul Labs' applications to market e-cigarette products on June 23, 2022. Thereafter, Juul informed FDA that it might seek supervisory review of FDA's marketing denial order, as provided by 21 C.F.R. § 10.75. On July 5, 2022, FDA stated that the agency would review the marketing denial order, and it entered an administrative stay of the order pending the completion of FDA's supervisory review process. Juul filed its § 10.75 request with the agency on July 29, 2022.

FDA remains engaged in supervisory review of Juul's applications, and the administrative stay of Juul's marketing denial order remains in effect during the pendency of FDA's review. FDA filed its last status report on March 7, 2023. Per the Court's July 7 order, FDA will provide another status report 60 days from the date of this filing.

*Of Counsel:*

SAMUEL R. BAGENSTOS
  *General Counsel*
  *Dep't of Health and Human Services*

MARK RAZA
  *Chief Counsel*
  *Food and Drug Administration*

WENDY S. VICENTE
  *Deputy Chief Counsel for Lit.*
  *Food and Drug Administration*

JULIE LOVAS
  *Senior Counsel*
  *Office of the Chief Counsel*
  *Food and Drug Administration*

May 2023

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

ALISA B. KLEIN
/s/ Lindsey Powell
LINDSEY POWELL
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7235*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *(202) 616-5372*
  *lindsey.e.powell@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

I certify that this status report complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Book Antiqua and contains 165 words according to the count of Microsoft Word.

/s/ Lindsey Powell
LINDSEY POWELL

## CERTIFICATE OF SERVICE

I certify that on May 5, 2023, I electronically filed the foregoing status report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Lindsey Powell
LINDSEY POWELL